UNITED STATES ex rel. Derek
CASADY and Nancy Casady,
Plaintiffs–Appellants,

v.

AMERICAN INTERNATIONAL
GROUP, INC.; The Goldman Sachs
Group, Inc.; Merrill Lynch Interna-
tional, and its successor Bank of
America; Deutsche Bank, AG;
Deutsche Bank Cayman Islands
Branch; Goldman Sachs Internation-
al; Goldman Sachs Bank USA, as
Successor–In–Interest to Goldman
Sachs Capital Markets, L.P.; Societe
Generale, Defendants–Appellees.

No. 14–55712.

United States Court of Appeals,
Ninth Circuit.

Submitted May 3, 2016.*

Filed May 5, 2016.

Michael Aguirre, Maria C. Severson,
Aguirre, Morris & Severson LLP, Christo-
pher Morris, Morris Law Firm, APC, San
Diego, CA, for Plaintiffs–Appellants.

Alan S. Gale, Esquire, U.S. Department
of Justice, Carl John Nichols, Wilmer Cut-
ler Pickering Hale and Dorr LLP, Wash-
ington, DC, Joseph Price, Jr., Office of the
U.S. Attorney, Nancy Dix, Stanley Joseph
Panikowski, III, Esquire, DLA Piper LLP
(US), Janice Patrice Brown, Brown Law
Group, Chad R. Fuller, Troutman Sanders
LLP, Kenneth Moore Fitzgerald, Chapin
Fitzgerald LLP, San Diego, CA, Keara M.
Gordon, DLA Piper US, LLP, David C.
Esseks, Todd Steven Fishman, Allen &
Overy LLP, New York, NY, Jennifer Ka-
thryn Squillario, Esquire, of Counsel, DLA

Piper US, LLP, Baltimore, MD, David Zif-
kin, Esquire, Boies Schiller & Flexner
LLP, Santa Monica, CA, Deborah Lynn
Stein, Simpson Thacher & Bartlett LLP,
Los Angeles, CA, for Defendants–Appel-
lees.

Before: KOZINSKI, W. FLETCHER
and GOULD, Circuit Judges.

MEMORANDUM**

AFFIRMED for the reasons stated by
the district court.

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by Ninth Circuit Rule 36–3.